NUMBER 13-03-588-CV

COURT OF APPEALS
 
THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

IN THE INTEREST OF K.L.P. AND K.L.P., MINOR CHILDREN
________________________________________________________

On appeal from the County Court at Law 
of Calhoun County, Texas.
________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Opinion Per Curiam

         Appellant, Dorothy Parks, perfected an appeal from a judgment entered by the
County Court at Law of Calhoun County, Texas, in cause number 03-CV-105. After
the record was filed, appellant filed a motion to dismiss the appeal. In the motion,
appellant states that she no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM

Opinion delivered and filed this
the 5th day of February, 2004.